GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SCOTT SANAGUSTIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No. 2:19-cv-01930<br>Hon.<br>Courtroom<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331**<br><br>Action Filed:　January 31, 2019 |

07685.2214/14785788.1

Case No. 2:19-cv-01930
Notice of Removal Pursuant to 28 U.S.C. §§ 1441 and 1331

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby removes the above captioned action from the Superior Court of the State of California, in the County of Santa Barbara, to the United States District Court for the Central District of California, Western Division. Wells Fargo alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1. Wells Fargo is named in the Complaint filed on January 31, 2019, by Plaintiff Scott Sanagustin ("Plaintiff") in the Superior Court of the State of California, in the County of Santa Barbara Case No. 19CV00622 entitled *Scott Sanagustin v. Wells Fargo Bank, N.A.* (the "State Court Action").

2. The Complaint in the State Court Action contained causes of action for violation of the Telephone Consumer Protection Act ("TCPA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA").

3. Wells Fargo has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4. This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Wells Fargo of a copy of the Complaint on February 14, 2019.

5. Removal to the United States District Court for the Central District of California, is proper because this is the district and division which embraces the county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227. *See, e.g.,* Compl. ¶¶ 1, 3, 5, 10-11, 22-29, 33-40.

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), Wells Fargo will provide written notice of the removal of this action to Plaintiff, and to the Santa Barbara County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate copies of all papers received as of March 15, 2019.

WHEREFORE, Wells Fargo prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED: March 15, 2019

SEVERSON & WERSON
A Professional Corporation

By: */s/ Courtney C. Wenrick*
    Courtney C. Wenrick

Attorneys for Defendant
WELLS FARGO BANK, N.A.