# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SANAGUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-20, inclusive,<br><br>Defendant, | Case No.: CV 19-1930-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [11]** |

Based upon the Joint Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs.

DATED: March 29, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE